Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmcourt.fed.us

Case No.:   08−12680−m7
Chapter:  7
Judge:  Mark B. McFeeley
Judge/341 Location:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

National Stations, Inc.
3713 Brasher Rd.
Roswell, NM 88203
Tax ID No:  75−1696389

## NOTICE OF ENTRY OF ORDER DISMISSING CASE

An order dismissing the above case was entered on December 15, 2008.

                          Norman H. Meyer
                          Clerk of the Court

On the date shown on the associated Notice of Electronic Filing, a copy of this document was (1) electronically mailed to the persons so identified on this document's notice of electronic filing, (2) electronically transmitted to the Bankruptcy Noticing Center for service on filers associated with this case who are not registered for electronic filing as will be reflected on the BNC's certificate of mailing and (3) sent via first class mail, postage prepaid, to any person indicated here, at the address shown.